**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ17-11 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JULIO GALINDO-MARTINEZ, | |
| Defendant. | |

Offenses charged:

     Illegal Reentry After Deportation

Date of Detention Hearing: January 17, 2017.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)     Defendant is a citizen of Mexico.

     (2)     An immigration detainer has been placed on defendant by the United States Immigration and Customs Enforcement.

     (3)     Defendant has stipulated to detention, due to the immigration detainer lodged against him, but reserves the right to contest his continued detention if there is a change in circumstances.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1

2        IT IS THEREFORE ORDERED:

3        (1)    Defendant shall be detained and shall be committed to the custody of the

4               Attorney General for confinement in a correction facility separate, to the extent

5               practicable, from persons awaiting or serving sentences or being held in custody

6               pending appeal;

7        (2)    Defendant shall be afforded reasonable opportunity for private consultation with

8               counsel;

9        (3)    On order of a court of the United States or on request of an attorney for the

10              government, the person in charge of the corrections facility in which defendant

11              is confined shall deliver the defendant to a United States Marshal for the

12              purpose of an appearance in connection with a court proceeding; and

13       (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

14              counsel for the defendant, to the United States Marshal, and to the United States

15              Pretrial Services Officer.

16       DATED this 17th day of January, 2017.

17

18       _____
         JAMES P. DONOHUE
19       Chief United States Magistrate Judge

20

21

22

23

24

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2