UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIO GALINDO-MARTINEZ,<br><br>    Defendant. | CR17-19 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The court has received a pro se motion from defendant seeking return of seized property from the government. Defendant, however, is represented by counsel, has a pending appeal, and may not make motions pro se. Defendant's pro se motion, docket no. 28, is STRICKEN without prejudice.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 29th day of March, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1